JASON J. BACH, ESQ.
Nevada Bar No.: 7984
THE BACH LAW FIRM, LLC
2620 Regatta Dr., Ste. 102
Las Vegas, NV 89128
Tel: (702) 925-8787
Fax: (702) 925-8788
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| VINCENT A. MARRERO,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CLARK, a Political Subdivision of the State of Nevada and doing business as the Clark County Department of Family Services and the Court Appointed Special Advocate's office; ANN RUBIN, individually and as Assistant Director of Clark County Department of Family Services; JACKIE HALL, individually and as a manager of Clark County Department of Family Services; LISA HOWELL, individually and as a supervisor of Clark County Department of Family Services; KAY SHEARIN, individually and as a case worker of Clark County Department of Family Services; JENNIFER JONES, individually and as a WIN case worker of Clark County Department of Family Services; SHELIA PARKS, individually and as a supervisor of the Clark County Court Appointed Special Advocates; CHERYL MEYER, individually and as a supervisor of the Clark County Court Appointed Special Advocates; MARIA SANTORO, individually and as a Clark County Court Appointed Special Advocate; DOES I-XX, inclusive,<br><br>    Defendants. | CASE NO.: 2:07-cv-01156 |

## ACCEPTANCE OF SERVICE OF PROCESS

The undersigned, GLORIA M. NAVARRO Esq., of the OFFICE OF THE DISTRICT ATTORNEY, CIVIL DIVISION, as counsel of record for LISA HOWELL, individually and as

Supervisor of Clark County Family Services, is duly authorized to accept service of process in the above-entitled matter on behalf of said Defendant. Accordingly, the undersigned accepts service of ***Plaintiff's Complaint and Summons*** in the above-entitled matter.

DATED this 4TH day of December 2007.

OFFICE OF THE DISTRICT ATTORNEY;
CIVIL DIVISION

*/s/ Gloria M. Navarro*
GLORIA M. NAVARRO
Deputy District Attorney
500 S. Grand Central Pkwy.
P.O. Box 552215
Las Vegas, NV 89155-2215
Tel: 455-4761
Fax: 382-5178
**Attorney for Defendants**;
Clark County, Ann Rubin,
Jackie Hall, Lisa Howell,
Kay Shearin, Jennifer Jones